74 A.3d 120

**Robert GROGAN JP–6963, aka John L. Capps, Jr., Petitioner**

**v.**

**The Honorable Thomas F. GEHRET, Municipal Court of Philadelphia, Respondent.**

**No. 85 EM 2013.**

Supreme Court of Pennsylvania.

Aug. 29, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of August, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The lower court is directed to dispose of Petitioner's Post Conviction Relief Act petition within 90 days of this order. The Prothonotary is directed to strike the name of the jurist from the caption.